AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lynch, Sandra L. | U.S. Court of Appeals, 1st Cir | 5/31/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (active) | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse 1 Courthouse Way, Suite 8710 Boston, MA 02210 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2009 JUN 10 A 10: 59 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Lynch, Sandra L.

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Self-employed: legal services |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Jewish Congress | 06/14/09 - 06/16/09 | Washington, DC | International Conference on Gender and Justice | Transportaion, lodging |
| 2. | Columbia Law School | 05/14/09 - 05/15/09 | New York, NY | Monaghan Symposium | Transportation, lodging, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Mass Muni MM | A | Dividend | L | T | | | | | |
| 2. Bank of America | A | Interest | K | T | | | | | |
| 3. FIDELITY TRADITIONAL IRA | B | Dividend | M | T | | | | | |
| 4. - Fidelity Disciplined Equity | | | | | | | | | |
| 5. - Fidelity Cash Reserves | | | | | | | | | |
| 6. Fidelity Investments Core Cash | A | Interest | J | T | | | | | |
| 7. ABA Members Retirement Plan (See note, Section VIII) | A | Dividend | K | T | | | | | |
| 8. - Stable Asset Return Fund | | | | | | | | | |
| 9. - Moderate Portfolio Fund (Y) | | | | | | | | | |
| 10. IRA-1 (See note, Section VIII) | A | Dividend | | | | | | | |
| 11. - Parametric Technology Corp New | | | | | Sold | 02/02/09 | J | | |
| 12. - Pimco Real Return Fund Cl C | | | | | Sold | 02/02/09 | K | | |
| 13. - UBS Bank Dep Acct | | | | | Sold | 02/02/09 | O | | |
| 14. - Compass Bank CD | | | | | Sold | 01/26/09 | L | | |
| 15. - Goldman Sachs BK CD | | | | | Sold | 02/02/09 | L | | |
| 16. - Republic B&T CD | | | | | Sold | 02/02/09 | L | | |
| 17. - Gateway Bk & Tr CD | | | | | Sold | 02/02/09 | L | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Midwest Bk & Tr CD | | | | | Sold | 02/02/09 | L | | |
| 19. - MidFirst Bk CD | | | | | Sold | 02/02/09 | L | | |
| 20. - Capital One Bank NA CD | | | | | Sold | 02/02/09 | L | | |
| 21. - Capital One USA CD | | | | | Sold | 02/02/09 | L | | |
| 22. - GreenBank CD | | | | | Sold | 02/02/09 | L | | |
| 23. - Comerica Bk CD | | | | | Sold | 02/02/09 | L | | |
| 24. - Lehman Bros S&P 500 structured product | | | | | Sold | 02/02/09 | L | | |
| 25. IRA-2 (See note, Section VIII) | C | Dividend | | | | | | | |
| 26. - Johnson & Johnson | | | | | Sold | 02/02/09 | L | | |
| 27. - Medtronic Inc. | | | | | Sold | 02/02/09 | K | | |
| 28. - Pepsico Inc | | | | | Sold | 02/02/09 | K | | |
| 29. - Kinder Morgan Mgmt LLC | | | | | Sold | 02/02/09 | L | | |
| 30. - Varian Medical Sys Inc | | | | | Sold | 02/02/09 | L | | |
| 31. - UnitedHealth Grp Inc | | | | | Sold | 02/02/09 | K | | |
| 32. - Genzyme Corp | | | | | Sold | 02/02/09 | K | | |
| 33. - Gilead Sciences Inc | | | | | Sold | 02/02/09 | L | | |
| 34. - Apache Corp | | | | | Sold | 02/02/09 | L | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Amercian Express Co | | | | | Sold | 02/02/09 | J | | |
| 36. - Praxair Inc | | | | | Sold | 02/02/09 | L | | |
| 37. - America Movil S A | | | | | Sold | 02/02/09 | L | | |
| 38. - Compania Vale Do Rio Doce Spon ADR | | | | | Sold | 02/02/09 | K | | |
| 39. - Chesapeak Energy Corp | | | | | Sold | 02/02/09 | K | | |
| 40. - Caterpillar Inc | | | | | Sold | 02/02/09 | K | | |
| 41. - United Technologies Corp | | | | | Sold | 02/02/09 | K | | |
| 42. - Coach Inc | | | | | Sold | 02/02/09 | K | | |
| 43. - Devon Energy Corp | | | | | Sold | 02/02/09 | L | | |
| 44. - Diageo PLC-Sponsored ADR | | | | | Sold | 02/02/09 | K | | |
| 45. -EOG Resources Inc | | | | | Sold | 02/02/09 | K | | |
| 46. - Freeport McMoran Copper & Gold CLB | | | | | Sold | 02/02/09 | J | | |
| 47. - Goldman Sachs Group Inc | | | | | Sold | 02/02/09 | K | | |
| 48. - Int'l Game Technology AO | | | | | Sold | 01/16/09 | K | | |
| 49. - Rio Tinto PLC | | | | | Sold | 02/02/09 | J | | |
| 50. - EMC Corp Mass | | | | | Sold | 02/02/09 | K | | |
| 51. - Symantec Corp | | | | | Sold | 02/02/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Altria Group Inc | | | | | Sold | 02/02/09 | J | | |
| 53. - Texas Instruments Inc | | | | | Sold | 01/27/09 | K | | |
| 54. - UBS Bank USA Deposit Acct | | | | | Sold | 02/02/09 | N | | |
| 55. - General Electric Co | | | | | Sold | 02/02/09 | K | | |
| 56. - Google | | | | | Sold | 02/02/09 | K | | |
| 57. - Apple Inc | | | | | Sold | 02/02/09 | K | | |
| 58. - Philip Morris Intl Inc | | | | | Sold | 02/02/09 | K | | |
| 59. IRA ROLLOVER ACCOUNT | E | Dividend | P1 | T | | | | | |
| 60. - Fidelity Advisor Equity Income | | | | | Buy (add'l) | 01/21/09 | J | | |
| 61. | | | | | Sold (part) | 03/20/09 | J | | |
| 62. | | | | | Sold (part) | 07/10/09 | J | | |
| 63. | | | | | Sold (part) | 08/07/09 | J | A | |
| 64. - Fidelity Low Priced Stock | | | | | Sold (part) | 06/03/09 | J | | |
| 65. | | | | | Sold (part) | 07/10/09 | J | | |
| 66. | | | | | Sold (part) | 08/07/09 | J | | |
| 67. - Fidelity Dividend Growth | | | | | Buy (add'l) | 01/21/09 | J | | |
| 68. | | | | | Sold (part) | 06/03/09 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/07/09 | J | | |
| 70. - Fidelity Capital and Income | | | | | Sold (part) | 07/10/09 | J | | |
| 71. - Fidelity Invest Grade | | | | | Sold (part) | 01/21/09 | J | | |
| 72. | | | | | Buy (add'l) | 03/20/09 | J | | |
| 73. | | | | | Buy (add'l) | 03/23/09 | J | | |
| 74. | | | | | Buy (add'l) | 06/03/09 | J | | |
| 75. | | | | | Buy (add'l) | 07/10/09 | J | | |
| 76. | | | | | Buy (add'l) | 08/07/09 | J | | |
| 77. | | | | | Sold (part) | 10/21/09 | J | | |
| 78. - Fidelity Capital Appreciation | | | | | | | | | |
| 79. - Fidelity Large Cap Value | | | | | Buy (add'l) | 01/21/09 | J | | |
| 80. | | | | | Sold (part) | 07/10/09 | J | | |
| 81. | | | | | Sold (part) | 08/07/09 | J | | |
| 82. - Fidelity Blue Chip Growth | | | | | Sold (part) | 07/10/09 | J | | |
| 83. | | | | | Sold (part) | 08/07/09 | J | | |
| 84. - Fidelity Advisor Strategic Inc CL 1 | | | | | Sold (part) | 01/21/09 | J | | |
| 85. | | | | | Sold (part) | 06/03/09 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 07/10/09 | J | B | |
| 87. - Fidelity Inflation Protected Bond | | | | | Sold (part) | 01/21/09 | J | C | |
| 88. - Fidelity Ultra-Short Bond | | | | | Sold (part) | 01/21/09 | J | | |
| 89. | | | | | Buy (add'l) | 08/07/09 | J | | |
| 90. - Fidelity Total Bond | | | | | Sold (part) | 01/21/09 | J | | |
| 91. | | | | | Sold (part) | 03/20/09 | J | | |
| 92. | | | | | Buy (add'l) | 06/03/09 | K | | |
| 93. | | | | | Sold (part) | 07/10/09 | J | C | |
| 94. | | | | | Buy (add'l) | 08/07/09 | J | | |
| 95. - Fidelity Advisor Mid Cap II CL 1 | | | | | Sold (part) | 06/03/09 | J | | |
| 96. | | | | | Sold (part) | 07/10/09 | J | | |
| 97. | | | | | Sold (part) | 08/07/09 | J | A | |
| 98. - Spartan 500 Index FID Advantage | | | | | Buy (add'l) | 03/20/09 | J | | |
| 99. - Fidelity Real Estate Investment | | | | | Buy (add'l) | 01/21/09 | J | | |
| 100. | | | | | Sold | 03/20/09 | J | | |
| 101. - Fidelity Advisor New Insights Cl 1 | | | | | Sold (part) | 08/07/09 | J | | |
| 102. - Fidelity Growth Company | | | | | Sold (part) | 07/10/09 | J | | |

1. Income Gain Codes:       A =$1.000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100.000      G =$100,001 - $1.000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less         K =$15,001 - $50,000         L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal               R =Cost (Real Estate Only)   S =Assessment                  T =Cash Market
   (See Column C2)            U =Book Value              V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Fidelity Growth & Income | | | | | Sold | 01/21/09 | J | | |
| 104. - Fidelity Advisor High Income CL I | | | | | | | | | |
| 105. - Fidelity Short Term Bond | | | | | Buy (add'l) | 01/21/09 | J | | |
| 106. | | | | | Buy (add'l) | 06/03/09 | J | | |
| 107. -FID PAS US Opp Fidelity Fd of Fds | | | | | Buy (add'l) | 01/21/09 | K | | |
| 108. | | | | | Buy (add'l) | 01/22/09 | J | | |
| 109. | | | | | Sold (part) | 03/20/09 | J | | |
| 110. | | | | | Buy (add'l) | 07/10/09 | J | | |
| 111. | | | | | Buy (add'l) | 08/07/09 | J | | |
| 112. | | | | | Sold (part) | 10/21/09 | J | | |
| 113. - Fidelity PAS Int'l Fd of Fds | | | | | Buy (add'l) | 01/21/09 | J | | |
| 114. | | | | | Buy (add'l) | 03/20/09 | J | | |
| 115. | | | | | Sold (part) | 06/03/09 | J | | |
| 116. | | | | | Buy (add'l) | 07/10/09 | K | | |
| 117. | | | | | Buy (add'l) | 08/07/09 | K | | |
| 118. | | | | | Buy (add'l) | 08/10/09 | J | | |
| 119. | | | | | Sold (part) | 10/21/09 | J | | |

1. Income Gain Codes       A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000         M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,091 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                 T =Cash Market
(See Column C2)            U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - Fidelity Small Cap Growth | | | | | Buy (add'l) | 01/21/09 | J | | |
| 121. | | | | | Sold (part) | 07/10/09 | J | | |
| 122. | | | | | Sold (part) | 08/07/09 | J | | |
| 123. - Fidelity Stratgegic Real Return | | | | | Sold (part) | 03/20/09 | J | | |
| 124. | | | | | Sold | 10/21/09 | K | | |
| 125. -Fidelity Disciplined Equity | | | | | | | | | |
| 126. -Fidelity Equity Income | | | | | Sold (part) | 08/07/09 | J | | |
| 127. -Fidelity Independence | | | | | Sold (part) | 08/07/09 | J | | |
| 128. -Fidelity Fund | | | | | Buy (add'l) | 07/10/09 | J | | |
| 129. | | | | | Buy (add'l) | 08/07/09 | J | | |
| 130. -Fidelity Growth Discovery Fd | | | | | Sold (part) | 07/10/09 | J | | |
| 131. | | | | | Sold | 08/07/09 | J | | |
| 132. - Fidelity Magellan | | | | | Sold (part) | 08/07/09 | J | | |
| 133. -Fidelity Value | | | | | Buy (add'l) | 03/20/09 | J | | |
| 134. | | | | | Sold (part) | 06/03/09 | J | | |
| 135. | | | | | Sold (part) | 07/10/09 | J | | |
| 136. -Fidelity Money Market | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value. transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income. assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Fidelity Emerging Markets | | | | | Buy | 07/10/09 | J | | |
| 138. | | | | | Buy (add'l) | 08/07/09 | J | | |
| 139. | | | | | Buy (add'l) | 10/21/09 | J | | |
| 140. -Fidelity Commodity Strategy Fund | | | | | Buy | 10/21/09 | K | | |
| 141. | | | | | Buy (add'l) | 10/22/09 | J | | |
| 142. -Fidelity Small Cap Value | | | | | Buy | 06/03/09 | J | | |
| 143. -Fidelity Select Gold | | | | | Buy | 03/20/09 | J | | |
| 144. Esplanade Capital Ptnrs I LLC (See note section VIII) | D | Dividend | N | U | | | | | |
| 145. Condominium, Carrabassett Vallley, ME | D | Rent | M | W | | | | | |
| 146. UBS INVEST ACCT 1 | | | | | | | | | |
| 147. - UBS Bank USA Deposit Acct | A | Interest | | | Closed | 02/17/09 | J | | |
| 148. - Apple Bank for Savings CD | A | Interest | | | Sold | 01/08/09 | L | | |
| 149. - Goldman Sachs Bank CD | B | Interest | | | Sold | 04/01/09 | L | | |
| 150. -GE Money Bk Salt Lake City CD | A | Interest | | | Buy | 01/09/09 | L | | |
| 151. | | | | | Sold | 07/09/09 | L | | |
| 152. PAS BROKERAGE ACCOUNT | | | | | | | | | |
| 153. - Fidelity Municipal Income | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Fidelity Short-Intermediate Muni Income | A | Dividend | J | T | Sold (part) | 03/11/09 | J | A | |
| 155. | | | | | Buy (add'l) | 05/19/09 | J | | |
| 156. | | | | | Sold (part) | 12/28/09 | J | A | |
| 157. - Fidelity Municpal Money Market | A | Dividend | J | T | | | | | |
| 158. - Hartford Capital Appreciation Cl A | | None | | | Sold | 03/11/09 | J | | |
| 159. - Morgan Stanley Inst Inc Inter Equity B | | None | | | Sold | 03/11/09 | J | | |
| 160. - S&P 500 Depository Receipt | A | Dividend | | | Sold | 03/13/09 | J | | |
| 161. -Fidelity Advisors New Insights Cl I | A | Dividend | | | Sold | 03/11/09 | J | | |
| 162. -Allianz NFJ Dividend Value Fd Cl D | | None | | | Sold | 03/11/09 | J | | |
| 163. -William Blair Small Cap Growth Cl N | | None | | | Sold | 03/11/09 | J | | |
| 164. -Credit Suisse Commd Retrn Strtgy Com | A | Dividend | | | Sold | 03/11/09 | J | | |
| 165. -DWS Strategic High Yield Tax Free Cl S | A | Dividend | K | T | | | | | |
| 166. -DWS Managed Muni Bond Cl S | A | Dividend | J | T | | | | | |
| 167. -Diamond Hill Small Cap Cl A | | None | | | Sold | 03/11/09 | J | | |
| 168. -GMO Emerging Countries Cl M | | None | | | Sold | 03/11/09 | J | | |
| 169. -John Hancok Classic Value CL A | | None | | | Sold | 03/11/09 | J | | |
| 170. -OakMark Fund I | | None | | | Sold | 03/11/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B -$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F -$50,001 - $100,000 | G -$100,001 - $1,000,000 | H1 -$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O -$500,001 - $1,000,000 | P1 -$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. -Janus Mid Cap Value Invst shs | | None | | | Sold | 03/11/09 | J | | |
| 172. -Manning & Napier World Oppt Ser Cl A | A | Dividend | J | T | Sold | 03/11/09 | J | | |
| 173. | | | | | Buy | 10/13/09 | J | | |
| 174. -Marisco Growth Fd | | None | | | Sold | 03/11/09 | J | | |
| 175. -Morgan Stanley Mid Cap Grwth Port | | None | | | Sold | 03/11/09 | J | | |
| 176. -Mutual Series Mutual Beacon Cl A | | None | | | Sold | 03/11/09 | J | | |
| 177. -T Rowe Price Growth Stck Advisor | | None | | | Sold | 03/11/09 | J | | |
| 178. -RS Value Fd Cl A | | None | | | Sold | 03/11/09 | J | | |
| 179. -Rainier Large Cap Equity Portfolio | | None | | | Sold | 03/11/09 | J | | |
| 180. -T Rowe Price Real Estate Fd Adv | | None | | | Sold | 03/11/09 | J | | |
| 181. -Royce Penn Mutual Fd | | None | | | Sold | 03/11/09 | J | | |
| 182. -Schwab Core Equity | | None | | | Sold | 03/11/09 | J | | |
| 183. -Wells Fargo Growth & Inc Fd- Investor | | None | | | Sold | 03/11/09 | J | | |
| 184. -Fidelity Advisor Int'l Discovery CL I | A | Dividend | J | T | Buy | 03/11/09 | J | | |
| 185. -Fidelity Real Estate Investment | A | Dividend | J | T | Buy | 03/11/09 | J | | |
| 186. -Fidelity Capital & Income | A | Dividend | J | T | Buy | 10/13/09 | J | | |
| 187. | | | | | Buy (add'l) | 12/28/09 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Aston/Montag & Caldwell Grwth CL N | A | Dividend | J | T | Buy | 03/11/09 | J | | |
| 189. | | | | | Sold (part) | 10/13/09 | J | A | |
| 190.  -Cambiar Opportunity Investor CL | A | Dividend | J | T | Buy | 03/11/09 | J | | |
| 191.  -Champlain Small Co. Fund Adv CL Conf | | None | J | T | Buy | 03/11/09 | J | | |
| 192.  -Allianz NFJ Small Cap Val Admin Class | A | Dividend | J | T | Buy | 03/11/09 | J | | |
| 193.  -Artisan Intl Value Fund Inv CL | A | Dividend | J | T | Buy | 10/13/09 | J | | |
| 194.  -Artio Interntl Equity Fund II Cl. A | A | Dividend | J | T | Buy | 03/12/09 | J | | |
| 195.  -Baron Growth | A | Dividend | J | T | Buy | 03/11/09 | J | | |
| 196.  -William Blair Int'l Growth Class N | A | Dividend | J | T | Buy | 03/11/09 | J | | |
| 197.  -DWS MA Tax Free Class S | A | Dividend | J | T | Buy | 05/19/09 | J | | |
| 198. | | | | | Buy (add'l) | 07/27/09 | J | | |
| 199.  -Davis New York Venture Class A | A | Dividend | J | T | Buy | 03/11/09 | J | | |
| 200. | | | | | Sold (part) | 10/13/09 | J | B | |
| 201. | | | | | Sold (part) | 12/28/09 | J | B | |
| 202.  -Eaton Vance Tax Mgd Value Class A | A | Dividend | J | T | Buy | 03/11/09 | J | | |
| 203.  -American Europacific Growth Class F1 | A | Dividend | J | T | Buy | 10/13/09 | J | | |
| 204.  -Fam Value | A | Dividend | J | T | Buy | 03/11/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205.  -JPMorgan Mid-Cap Value Fn Select CL | A | Dividend | J | T | Buy | 03/11/09 | J | | |
| 206.  -Hartford Growth Class A | | None | J | T | Buy | 03/11/09 | J | | |
| 207.  -Hartford Growth Opportunity Class A | | None | J | T | Buy | 03/11/09 | J | | |
| 208.  -Hotchkins & Wiley Mid Cap Value CL A | A | Dividend | J | T | Buy | 03/11/09 | J | | |
| 209.  -Ishares TR S&P 100 Index Fund | A | Dividend | | | Buy | 03/13/09 | J | | |
| 210. | | | | | Sold | 10/15/09 | J | B | |
| 211.  -Janus Fund Class J Shs | A | Dividend | J | T | Buy | 03/11/09 | J | | |
| 212. | | | | | Sold (part) | 10/13/09 | J | B | |
| 213.  -MFS Research Intl Class A | | None | J | T | Buy | 12/28/09 | J | | |
| 214.  -Mainstay Lg Cap Grwth Fund Class A | | None | J | T | Buy | 03/11/09 | J | | |
| 215.  -Mutual Series Mutual Shares Class A | A | Dividend | J | T | Buy | 03/11/09 | J | | |
| 216. | | | | | Buy (add'l) | 03/12/09 | J | | |
| 217. | | | | | Sold (part) | 10/13/09 | J | A | |
| 218.  -Pimco Real Return Administrative Class | A | Dividend | J | T | Buy | 10/13/09 | J | | |
| 219.  -Pimco Commodity Real Ret Strat Admin | A | Dividend | J | T | Buy | 03/12/09 | J | | |
| 220 | | | | | Buy (add'l) | 05/19/09 | J | | |
| 221.  -T Rowe Price High Yield Advosor Cl | A | Dividend | J | T | Buy | 10/13/09 | J | | |

1  Income Gain Codes:          A = $1,000 or less          B = $1,001 - $2,500          C = $2,501 - $5,000          D = $5,001 - $15,000          E = $15,001 - $50,000
   (See Columns B1 and D4)    F = $50,001 - $100,000      G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000
2  Value Codes                J = $15,000 or less         K = $15,001 - $50,000        L = $50,001 - $100,000        M = $100,001 - $250,000
   (See Columns C1 and D3)    N = $250,001 - $500,000     O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
                              P3 = $25,000,001 - $50,000,000                            P4 = More than $50,000,000
3  Value Method Codes         Q = Appraisal               R = Cost (Real Estate Only)  S = Assessment                T = Cash Market
   (See Column C2)            U = Book Value              V = Other                    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -T Rowe Price Equity Income Advisor CL | A | Dividend | J | T | Buy | 03/11/09 | J | | |
| 223. | | | | | Sold (part) | 10/13/09 | J | A | |
| 224. -T Rowe Price Intl Bond Advisor CL | A | Dividend | J | T | Buy | 12/28/09 | J | | |
| 225. -SSGA Emerging Markets | A | Dividend | J | T | Buy | 03/11/09 | J | | |
| 226. -Templeton Global Bond Class A | A | Dividend | J | T | Buy | 10/13/09 | J | | |
| 227. -Thornburg Intl Value CL A | | None | J | T | Buy | 10/13/09 | J | | |
| 228. -Thornburg Value Class A | A | Dividend | J | T | Buy | 03/11/09 | J | | |
| 229. | | | | | Sold (part) | 10/13/09 | J | B | |
| 230. -Van Kampen Comstock Class A | A | Dividend | | | Buy | 03/11/09 | J | | |
| 231. | | | | | Sold (part) | 10/13/09 | J | B | |
| 232. | | | | | Sold | 12/28/09 | J | B | |
| 233. -Victory Diversified Stock Class A | A | Dividend | | | Buy | 03/11/09 | J | | |
| 234. | | | | | Sold | 07/27/09 | J | A | |
| 235. IRA ROLLOVER ACCT NO 2 | A | Interest | J | T | | | | | |
| 236. - Fidelity Cash Reserves | | | | | | | | | |
| 237. IRA- 3 (See note, Section VIII) | E | Int./Div. | P1 | T | | | | | |
| 238. -Schwab ADV Cash Reserve-Premier Sweep | | | | | Buy | 02/02/09 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -GE Capital Finl Inc Retail CD | | | | | Buy | 07/14/09 | L | | |
| 240. -Bank Amer NA Charlotte CD | | | | | Buy | 07/14/09 | L | | |
| 241. -GMAC Bk Midvalue Utah CD | | | | | Buy | 01/02/09 | M | | |
| 242. | | | | | Sold | 07/02/09 | M | | |
| 243. -Morgan Stanley Bk NA Utah | | | | | Buy | 01/02/09 | M | | |
| 244. | | | | | Sold | 07/02/09 | M | | |
| 245. -Crescent Bk Myrtle Beach CD | | | | | Buy | 01/16/09 | M | | |
| 246. | | | | | Sold | 07/16/09 | M | | |
| 247. -Beal Svgs Bk Las Vegas Nev CD | | | | | Buy | 01/22/09 | L | | |
| 248. | | | | | Sold | 07/22/09 | L | | |
| 249. -Goldman Sachs Bk CD | | | | | Buy | 02/02/09 | L | | |
| 250. | | | | | Sold | 02/12/09 | L | | |
| 251. -Republic B&T CD | | | | | Buy | 02/02/09 | L | | |
| 252. | | | | | Sold | 02/20/09 | L | | |
| 253. -Gateway Bk & Tr CD | | | | | Buy | 02/02/09 | L | | |
| 254. | | | | | Sold | 03/19/09 | L | | |
| 255. -Midwest Bk & Tr CD | | | | | Buy | 02/02/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | L = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 03/24/09 | L | | |
| 257. -MidFirst Bk CD | | | | | Buy | 02/02/09 | L | | |
| 258. | | | | | Sold | 03/24/09 | L | | |
| 259. -Capital One Bank NA CD | | | | | Buy | 02/02/09 | L | | |
| 260. | | | | | Sold | 03/24/09 | L | | |
| 261. -Capital One USA CD | | | | | Buy | 02/02/09 | L | | |
| 262. | | | | | Sold | 03/24/09 | L | | |
| 263. -GreenBank CD | | | | | Buy | 02/02/09 | L | | |
| 264. | | | | | Sold | 03/26/09 | L | | |
| 265. -Comerica Bk CD | | | | | Buy | 02/02/09 | L | | |
| 266. | | | | | Sold | 04/01/09 | L | | |
| 267. -Bank Amer NA Charlotte CD | | | | | Buy | 03/12/09 | L | | |
| 268. | | | | | Sold | 12/18/09 | L | | |
| 269. | | | | | Buy | 03/12/09 | L | | |
| 270. | | | | | Sold | 09/18/09 | L | | |
| 271. -Beale Svg Bk CD | | | | | Buy | 03/12/09 | L | | |
| 272. | | | | | Sold | 07/15/09 | L | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Firstbank P R Santurce CD | | | | | Buy | 03/30/09 | L | | |
| 274. | | | | | Sold | 07/08/09 | L | | |
| 275. | | | | | Buy | 03/30/09 | L | | |
| 276. | | | | | Sold | 08/10/09 | L | | |
| 277. -Franklin Templtn Bk & Tr CD | | | | | Buy | 03/30/09 | L | | |
| 278. | | | | | Sold | 06/09/09 | L | | |
| 279. -Goldman Sachs Bk USA CD | | | | | Buy | 03/12/09 | L | | |
| 280. | | | | | Sold | 12/18/09 | L | | |
| 281. -NY Community Bk CD | | | | | Buy | 03/12/09 | L | | |
| 282. | | | | | Sold | 07/20/09 | L | | |
| 283. -Peoples Bk Biloxi CD | | | | | Buy | 03/30/09 | L | | |
| 284. | | | | | Sold | 10/08/09 | L | | |
| 285. -Wilmington Tr Co Del CD | | | | | Buy | 07/14/09 | L | | |
| 286. | | | | | Sold | 09/22/09 | L | | |
| 287. | | | | | Buy | 07/14/09 | L | | |
| 288. | | | | | Sold | 10/22/09 | L | | |
| 289. -Coach Inc Com | | | | | Buy | 02/02/09 | K | | |

1. Income Gain Codes          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000         M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                 T =Cash Market
   (See Column C2)            U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS -- income. value. transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | Sold | 06/05/09 | L | D | |
| 291. -Symantic Corp Com | | | | | Buy | 02/02/09 | K | | |
| 292. | | | | | Sold | 06/05/09 | K | | |
| 293. -Freeport-McMoran Copper & Gold Inc | | | | | Buy | 02/02/09 | J | | |
| 294. - Praxair Inc | | | | | Buy | 02/02/09 | L | | |
| 295. -Rio Tinto PLC | | | | | Buy | 02/02/09 | J | | |
| 296. -Vale S A ADR | | | | | Buy | 02/02/09 | K | | |
| 297. -Caterpillar Inc | | | | | Buy | 02/02/09 | K | | |
| 298. -General Electric | | | | | Buy | 02/02/09 | K | | |
| 299. -United Technologies | | | | | Buy | 02/02/09 | K | | |
| 300. -Altria Group Inc | | | | | Buy | 02/02/09 | J | | |
| 301. -Diageo PLC Spon ADR | | | | | Buy | 02/02/09 | K | | |
| 302. -Pepsico Inc | | | | | Buy | 02/02/09 | K | | |
| 303. -Philip Morris Intl Inc | | | | | Buy | 02/02/09 | K | | |
| 304. -Genzyme Corp | | | | | Buy | 02/02/09 | K | | |
| 305. -Gilead Sciences Inc | | | | | Buy | 02/02/09 | L | | |
| 306. -Johnson & Johnson Com | | | | | Buy | 02/02/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Medtronic Inc | | | | | Buy | 02/02/09 | K | | |
| 308. -United Healthcare Corp | | | | | Buy | 02/02/09 | K | | |
| 309. -Varian Medical Systems Inc | | | | | Buy | 02/02/09 | L | | |
| 310. -Apache Corp | | | | | Buy | 02/02/09 | L | | |
| 311. -Chesapeake Energy Corp | | | | | Buy | 02/02/09 | K | | |
| 312. -Devon Energy Corp | | | | | Buy | 02/02/09 | L | | |
| 313. -EOG Resources Inc | | | | | Buy | 02/02/09 | K | | |
| 314. -American Express | | | | | Buy | 02/02/09 | J | | |
| 315. -Goldman Sachs Group | | | | | Buy | 02/02/09 | K | | |
| 316. -Apple Inc | | | | | Buy | 02/02/09 | K | | |
| 317. -EMC Corp- Mass | | | | | Buy | 02/02/09 | K | | |
| 318. -Google Inc | | | | | Buy | 02/02/09 | K | | |
| 319. -Parametric Technology Corp | | | | | Buy | 02/02/09 | J | | |
| 320. -Kinder Morgan Mgmt LLC | | | | | Buy | 02/02/09 | L | | |
| 321. -America Movil S.A.B DE C.V. | | Interest | | | Buy | 02/02/09 | L | | |
| 322. -PIMCO FDS PAC Invst MGM Real Retrn | | | | | Buy | 02/02/09 | K | | |
| 323. -Lehman Bros Hldgs Inc NT Barr S&P | | | | | Buy | 02/02/09 | L | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS – income, value. transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. SI INVEST ACCOUNT | | | | | | | | | |
| 325. -Schwab ADV Cash Reserv | A | Interest | L | T | Buy | 02/02/09 | J | | |
| 326. | | | | | Buy (add'l) | 04/01/09 | L | | |
| 327. | | | | | Buy (add'l) | 07/09/09 | L | | |
| 328. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Investment limited partnership income whether passive or nonpassive is disclosed as "dividend" income.

Part VII - All investments are publicly traded common stocks or mutual funds unless otherwise noted.

Part VII. ABA Members Retirement Plan - The plan sponsor does not provide detail transaction information to plan participants. Plan participants receive an annual report showing which plan funds they are invested in, the plan value, total contributions, total distributions, and net realized and unrealized gains. The plan participant recieved a monthly minimum required distribution.

Part VII - Esplanade Capital Ptnrs I LLC is a non-publicly traded LLC.

Part VII, IRA-1 (line 10); IRA-2 (line 25); & IRA-3 (line 237) - In 2009, the assets in IRA-1 and IRA-2 were rolled-over into IRA-3. This has been reported as a sale of the shares of IRA-1 and IRA-2, and a purchase by IRA-3, though no actual sale or purchase took place. The values reflected in column D3 are based on the estimated market values as of February 2, 2009 as reflected on a third-party valuation as of February 28, 2009. No gains or losses are reported in column D4 as there were no realized gains or losses on the transfer date.

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544